FILED

2023 OCT 30  AM 10: 39

Attachment 1 - Civil Complaint

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____ *CR*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## _____ DIVISION

Derek HARRISON

(Enter your full name)
Plaintiff(s)

Mosley Matthew Reid    CASE NUMBER: 1:23CV01316 RP

~~Matthew M~~

(Supplied by Clerk's Office)

(Enter full name of each Defendant)
Defendant(s)

## COMPLAINT

First Paragraph (Name and Address of Plaintiff)

Second Paragraph (Name and Address(es) of Defendant(s))

Third Paragraph (Jurisdiction Plea)

Fourth Paragraph (Allegation 1)

Fifth Paragraph (Allegation 2) ...

The final paragraph should contain a statement of the relief you are seeking. This paragraph should not be numbered.

Signature

Name (Typed or Printed) Derek HARRISON
Address 913 OverCup Dr. San Marcos, Tx 78666
Telephone Number
512- 774- 8033

27

Rev. Ed. October 26, 2017