IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEREK HARRISON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-1316-RP |
| | § | |
| MOSLEY MATTHEW REID, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

On this date, the Court entered an order adopting United States Magistrate Judge Susan Hightower's report and recommendation concerning Plaintiff Derek Harrison's Complaint. (R. & R., Dkt. 9). The Court dismissed Plaintiff's Complaint, (Dkt. 1), without prejudice.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bears its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on January 18, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1